02-12-363-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00363-CV

 

 


 
 
 Ruby Lucille Hall
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 RDSL Enterprises LLC d/b/a Jack in the Box, and
 Jack in the Box, Inc.
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE 141st
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Motion To Dismiss All Claims Against Jack In The
Box, Inc.”  It is the court’s opinion that the motion should be granted;
therefore, we dismiss the appeal against Jack in the Box, Inc. only.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).  This case shall hereafter be styled Ruby
Lucille Hall v. RDSL Enterprises LLC d/b/a Jack in the Box.

          Costs
of the appeal shall be paid by appellant, for which let execution issue. 
See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
GARDNER, and GABRIEL, JJ. 


 

DELIVERED:
 February 14, 2013








 









[1]See Tex. R. App. P. 47.4.